**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1446**
_____

WESLEY EDWARD SMITH, III,

                Plaintiff – Appellant,

     v.

COMMONWEALTH OF VIRGINIA; VIRGINIA GENERAL REGISTRAR OFFICE;
GOVERNOR BOB MCDONALD; TIM KAINE; KENNETH T. CUCCINELLI, II;
CATHERINE CROOKS-HILL; ROBERT A. DYBING; J. KIRK COURCEY
SHOWALTER,

                Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:10-cv-00881-REP)

_____

Submitted: July 21, 2011           Decided: July 25, 2011

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wesley Edward Smith, III, Appellant Pro Se. Stephen Michael
Hall, Sydney Edmund Rab, Assistant Attorneys General, Richmond,
Virginia; Robert R. Musick, THOMPSON MCMULLAN, PC, Richmond,
Virginia; Alexander Francuzenko, COOK, KITTS & FRANCUZENKO,
PLLC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, appeals the district court's orders dismissing his civil action, imposing a monetary sanction against him, and enjoining him from filing further actions in that court. Smith's informal appellate brief does not address the monetary sanction, the filing injunction, or the district court's bases for dismissing the complaint. Accordingly, we deem these issues abandoned. See 4th Cir. R. 34(b); Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 607 (4th Cir. 2009). We therefore affirm the district court's orders. Smith v. Virginia, No. 3:10-cv-00881-REP (E.D. Va. Apr. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED